*MARK TANZER # T044997*
Name and Prisoner/Booking Number

Fourth Avenue Jail
Place of Confinement

201 S. 4th Avenue
Mailing Address

Phoenix, AZ 85003
City, State, Zip Code

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

```
            FILED  ____ LODGED
    ____ RECEIVED ____ COPY
            MAR 21 2014
    CLERK U S DISTRICT COURT
    DISTRICT OF ARIZONA
    BY                   DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

*MARK Joseph TANZER*,
(Full Name of Plaintiff)          Plaintiff,

vs.

(1) *State of Arizona*,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,
                        Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

**CV-14-00599-PHX-JAT(MHB)**

CASE NO. _____
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint  *Jury Trial demand.*

☐ First Amended Complaint

☐ Second Amended Complaint

## A. JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
    ☐ Other: _____.

2.  Institution/city where violation occurred: *Arizona Dept of Corrections*
    *1601 w. Jefferson st. Phx AZ. 85007*

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: *State of Arizona* . The first Defendant is employed as:
*A.C.I - Arizona Correctional Industries* at *Arizona Dept of Corrections*.
            (Position and Title)                               (Institution)

2. Name of second Defendant: _____. The second Defendant is employed as:
_____ at _____.
            (Position and Title)                               (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as:
_____ at _____.
            (Position and Title)                               (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as:
_____ at _____.
            (Position and Title)                               (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?　　　□ Yes　　□ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

    a. First prior lawsuit:
       1.　Parties: _____ v. _____
       2.　Court and case number: _____.
       3.　Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

    b. Second prior lawsuit:
       1.　Parties: _____ v. _____
       2.　Court and case number: _____.
       3.　Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

    c. Third prior lawsuit:
       1.　Parties: _____ v. _____
       2.　Court and case number: _____.
       3.　Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
         _____.

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _5th Amendment_

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Disciplinary proceedings
   - ☐ Excessive force by an officer
   - ☐ Mail
   - ☐ Property
   - ☐ Threat to safety
   - ☑ Access to the court
   - ☐ Exercise of religion
   - ☐ Other: _____
   - ☐ Medical care
   - ☐ Retaliation

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Starting on May 19, 2009 while housed in The Arizona
   Department of Corrections
   I was threatened to be set up and my life ruinned by
   Corrections officer CO II MR Romero
   And then accused of sexually assaulting Ex girlfriend
   of 2 years 1993-95 Vicki Miller
   Then Profiled in The Arizona Dept of Corrections ⓐ
   Proved my innocence
   I named SMARt Phone technology, But with out
   Just compensation only put twice in jeopardy
   civilly - criminally - Capitally cruel and unusually
   punished and conspired against to include loss of limb -
   erectile distunction.
   Held fully accounttable in The Arizona Nept of Corrections
   without due process of law     And SMARt Phone
   technology taken for public use without Just Compensation

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Mental emotional physral injuries Anguish pain and
   Suffering .
   Slander defimation libel

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities       ☐ Mail       ☐ Access to the court       ☐ Medical care
   ☐ Disciplinary proceedings       ☐ Property       ☐ Exercise of religion       ☐ Retaliation
   ☐ Excessive force by an officer    ☐ Threat to safety   ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
_____
_____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?       ☐ Yes    ☐ No
   b. Did you submit a request for administrative relief on Count II?       ☐ Yes    ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?       ☐ Yes    ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____.

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: _____
   _____.

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   _____
   _____
   _____.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your
      institution? ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you
      did not. _____
      _____.

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

## E.  REQUEST FOR RELIEF

State the relief you are seeking:   *Seeking Just Compensation*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____3 - 10 - 14_____
                    DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____

(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.  But the form must be completely filled in to the extent applicable.  If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

## MARICOPA COUNTY SHERIFF'S OFFICE
## JOSEPH M. ARPAIO SHERIFF

## C E R T I F I C A T I O N

I hereby certify that on this date ____03/19/14_____,

I mailed the original and one copy (1) to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

_____ Hon _____United States District Court, District of Arizona.

_____ Hon_____United States District Court, District of Arizona.

_____ Attorney General, State of Arizona.

_____ Judge, _____, Superior Court, Maricopa County, State of Arizona.

_____ County Attorney_____ Maricopa County, State of Arizona,

_____ Public Defender _____, Maricopa County, State of Arizona.

_____ Attorney _____

_____ _____

_____

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
201 S. 4th Avenue
Phoenix, AZ 85003

Cert6                                                                                    05/15/2012